UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

KATHY MULLALLEY     PLAINTIFF

v.     CIVIL ACTION NO. 3:12CV-332-S

MICHAEL ASTRUE, Commissioner
of Social Security     DEFENDANT

## ORDER AND JUDGMENT

The United States Magistrate Judge has filed his report, and no objections thereto have been filed. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law, and Recommendation (DN 13) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that the decision of the Commissioner of Social Security denying the application of the plaintiff, Kathy Mullalley, for disability insurance benefits and supplemental security income is **AFFIRMED**.

There being no just reason for delay in its entry, this is a final order.

**IT IS SO ORDERED.**

January 3, 2013

**Charles R. Simpson III, Judge**
**United States District Court**